Don A. DAILEY, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 62709.

Missouri Court of Appeals, Western District.

July 6, 2004.

Irene Karns, Columbia, MO, for Appellant.

Deborah Daniels, Jefferson City, MO, for Respondent.

Before RONALD R. HOLLIGER, P.J., ROBERT G. ULRICH, and JAMES M. SMART, JR., JJ.

### Order

PER CURIAM.

Don Dailey appeals the denial of his *pro se* Rule 24.035 motion after an evidentiary hearing based on the assertion that the motion court erred in not conducting a hearing to determine whether he had been

abandoned by post-conviction counsel. We affirm by summary order pursuant to Rule 84.16(b).